**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

AARON MAJOR,

        Plaintiff,

    v.

K. BRITTAIN, *et al.*,

        Defendants.

No. 4:25-CV-02156

(Chief Judge Brann)

## **ORDER**

**AND NOW**, this 24th day of February 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Within **21 days** of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff must adhere to the specific directions for amendment provided in the accompanying Memorandum.

3. If no amended complaint is timely filed, dismissal without prejudice will automatically convert to dismissal <u>with prejudice</u> and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge